IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, FOR THE USE OF EXCELSIOR ELEVATOR, IN., <br><br> Plaintiff, <br><br> v. <br><br> CONTRUCTION CONCEPTS, INC., and SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Defendants. | CV F 05-1527 AWI LJO <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO RANDOMLY REASSIGN THIS ACTION TO ANOTHER DISTRICT COURT JUDGE |

The undersigned finds it necessary to recuse himself in this action. See 8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).  The Clerk of the Court is DIRECTED to randomly reassign this action to another District Court Judge.

IT IS SO ORDERED.

**Dated:   February 7, 2006**              /s/ Anthony W. Ishii
0m8i78                                                UNITED STATES DISTRICT JUDGE