Newton W. Kellam, Esq. (SBN 160547)
James W. Biedebach, Esq. (SBN 152980)
**KELLAM & BIEDEBACH, APC**
2400 East Katella Avenue, Suite 370
Anaheim, California 92806
Telephone: (714) 939-8100
Facsimile:  (714) 634-1387

Attorneys for defendants Construction Concepts, Inc. and Safeco Insurance Company of America

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of EXCELSIOR ELEVATOR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CONSTRUCTION CONCEPTS, INC., a California corporation; SAFECO INSURANCE COMPANY OF AMERICAN, a Washington corporation, <br><br> Defendants. | Case No.: 1:05-CV-01527-AWI-TAG <br><br> JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND ORDER |

THE UNDERSIGNED PARTIES AGREE AND STIPULATE:

1.   FOR A GOOD CAUSE the parties hereby stipulate to and respectfully request a continuance of the Pretrial Conference currently set for December 4, 2006 at 11:00 a.m. in the above-entitled court.

2.   On or about November 22, 2006, the parties attended a Settlement Conference in the United States District Court in Bakersfield.  At said Settlement Conference, the parties made significant progress towards settlement, and as such, the court ordered a further Settlement Conference, which is currently set for December 14, 2006.

1
JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE

3. Given that a settlement may be reached at the future Settlement Conference, the parties are in agreement that a continuance of the Pretrial Conference currently scheduled for December 4, 2006 is in the best interests of the parties, as well as the court.

4. The grounds for said continuance are on the basis of the aforementioned information.

5. In addition, the parties were made aware that the court requires at least thirty days between the pretrial conference and the trial date. Given this, if the requested continuance is granted, the trial date of January January 17, 2007 must be continued to April 10, 2007, with a pretrial conference date of February 26, 2007. The parties find these dates acceptable and respectfully request that the Court grant said continuance.

Dated: November ___, 2006            KELLAM & BIEDEBACH, APC


                                     By:_____
                                          Newton Kellam
                                          Attorneys for Defendant,
                                          Construction Concepts, Inc.


Dated: November___, 2006             WHEATLEY & OSAKI


                                     By:_____
                                          Kerry Osaki
                                          Attorney for Plaintiff
                                          Excelsior Elevator, Inc.

2
JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE

Kellam & Biedebach
A.P.C.
LAW OFFICES
2400 East Katella Boulevard, Suite 370
Anaheim, California 92806
(714) 939-8100

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Pretrial Conference in the above-captioned matter be continued to February 26, 2007 at 11:00 a.m. in Courtroom 3 of the above-captioned court and the Trial Date in this matter be continued to April 10, 2007 at 9:00 a.m. in Courtroom 3.

SO ORDERED.  (NO FURTHER CONTINUANCES WILL BE ALLOWED. OWW)

Dated: _December 5, 2006_____        _/s/ OLIVER W. WANGER_____
                                      Judge Oliver Wanger
                                      United States District Court

Kellam & Biedebach
A.P.C.
LAW OFFICES
2400 East Katella Boulevard, Suite 370
Anaheim, California 92806
(714) 939-8100

PDF created with pdfFactory trial version www.pdffactory.com