Newton W. Kellam, Esq. (SBN 160547)
James W. Biedebach, Esq. (SBN 152980)
**KELLAM & BIEDEBACH, APC**
2400 East Katella Avenue, Suite 370
Anaheim, California 92806
Telephone: (714) 939-8100
Facsimile: (714) 634-1387

Attorneys for defendants Construction Concepts, Inc. and Safeco Insurance Company of America

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of EXCELSIOR ELEVATOR, INC.,<br><br>Plaintiff,<br>vs.<br><br>CONSTRUCTION CONCEPTS, INC., a California corporation; SAFECO INSURANCE COMPANY OF AMERICAN, a Washington corporation,<br><br>Defendants. | Case No.: 1:05-CV-01527-OWW-TAG<br><br>JOINT STIPULATION TO CONTINUE FURTHER SETTLEMENT CONFERENCE AND ORDER |

THE UNDERSIGNED PARTIES AGREE AND STIPULATE:

1.  FOR A GOOD CAUSE the parties hereby stipulate to and respectfully request a continuance of the Further Settlement Conference currently set for December 14, 2006 at 10:00 a.m. in the above-entitled court.

2.  On or about November 22, 2006, the parties attended a Settlement Conference in the United States District Court in Bakersfield. At said Settlement Conference, the parties made significant progress towards settlement, and as such, the court ordered a further Settlement Conference, which is currently set for December 14, 2006.

1

JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

3.   After said settlement conference, counsel for Defendant CCI realized that he will be unavailable on December 14, 2006 as he has an arbitration for another matter, and said arbitration cannot be continued.

4.   The grounds for said continuance are on the basis of the aforementioned information.

Dated: December 5, 2006                         KELLAM & BIEDEBACH, APC

                                                By: /S/ Newton Kellam
                                                    Newton Kellam
                                                    Attorneys for Defendant,
                                                    Construction Concepts, Inc.

Dated: December 5, 2006                         WHEATLEY & OSAKI

                                                By: /S/ Kerry Osaki
                                                    Kerry Osaki
                                                    Attorney for Plaintiff
                                                    Excelsior Elevator, Inc.

# ORDER

The Further Settlement Conference in the above-captioned matter is continued to December 20, 2006 at 10:00 a.m. before United States Magistrate Judge Theresa A. Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield, California. The parties shall submit updated settlement conference statements to Judge Goldner's chambers (same address) no later than December 18, 2006.

IT IS SO ORDERED.

DATED: December 10, 2006

*[signature]*

United States Magistrate Judge Theresa A. Goldner