```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA




USA, for the Use of               )
EXCELSIOR ELEVATOR, INC.,         )   1:05-CV-1527 OWW TAG
                                  )
               Plaintiff,         )
                                  )
        v.                        )   ORDER DISMISSING ACTION
                                  )
CONSTRUCTION CONCEPTS, INC.,      )
                                  )
                                  )
               Defendant.         )
                                  )
_____    )


        The parties in this matter having previously notified that

Court that a settlement had been reached, and having failed to

submit the requested stipulated dismissal;

        IT IS HEREBY ORDERED that this action is dismissed without

prejudice.

IT IS SO ORDERED.

Dated:   May 26, 2007                       /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE
```

1